**Order entered April 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01329-CV

**ALBERT LUTTERODT, Appellant**

**V.**

**EMILY LANE OWNERS ASSOCIATION, INC., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12648-G**

## ORDER

On February 13, 2015, on the parties' agreed joint motion, we ordered court reporter Vielica Dobbins to file, within fifteen days, a supplemental record containing the trial exhibits. Ms. Dobbins did not file the record, but on March 16, 2015 informed us by letter that the exhibits were not filed at the time the record was originally filed because appellant's counsel "declined" to pay for the exhibits. Ms. Dobbins further informed us that appellant's counsel has been advised again of the cost for the production of the exhibits and that the exhibits will be filed once payment arrangements are made. To date, no supplemental record has been filed.

Pursuant to Texas Rule of Appellate Procedure 35.3, the reporter is responsible for filing the record only if the party responsible for paying for the record has paid the fee, has made satisfactory arrangements to pay the fee, or is entitled to appeal without prepayment of costs.

*See* TEX. R. APP. P. 35.3(b)(3). Nothing in our record reflects appellant is entitled to appeal without paying the fee. Accordingly, we **ORDER** appellant to file, no later than April 15, 2015, written verification that he has paid, or made arrangements to pay, the fee for the exhibits. We caution appellant that failure to comply may result in the appeal being submitted without the trial exhibits. *See id.* 37.3(c).

/s/     CRAIG STODDART
JUSTICE